## SWINDELL v. FEDERAL NATIONAL MORTGAGE ASSN.

No. 70PA90

Case below: 97 N.C.App. 126

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1990.

## TROGDON v. TROGDON

No. 105P90

Case below: 97 N.C.App. 330

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 April 1990.

## UNIVERSITY OF NORTH CAROLINA v. HILL

No. 20PA90

Case below: 96 N.C.App. 673

Petition by defendant (Alamance County) for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1990.

## UNRUH v. CITY OF ASHEVILLE

No. 74P90

Case below: 97 N.C.App. 287

Petition by defendant (City of Asheville) for temporary stay allowed 26 February 1990 pending receipt, consideration and determination of the petition for discretionary review. Petition by intervenor defendants for writ of supersedeas and temporary stay denied 8 March 1990. Petition by intervenor defendants for discretionary review pursuant to G.S. 7A-31 denied 8 March 1990.

## WARD v. HILLHAVEN, INC.

No. 64P90

Case below: 97 N.C.App. 143

Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 5 April 1990. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990.